**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jesus Alberto Aviles Landaeta,<br>Petitioner,<br>v.<br>Luis Rosa, Jr., et al.,<br>Respondents. | No. CV-26-05146-PHX-DWL<br><br>**ORDER** |

On July 22, 2026, Petitioner initiated this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Pursuant to General Order 26-09, Respondents were ordered on July 23, 2026 to show cause within seven days why the petition should not be granted. (Doc. 3). Service on Respondents was accomplished that same day. (Doc. 4). To date, Respondents have not filed a response. Additionally, on August 14, 2026, Petitioner filed a document entitled "failure to file a notice of compliance to show cause on time," which the Clerk docketed as a motion to compel response. (Doc. 5.) Respondents have not responded to that filing.

Although the Court likely could summarily grant the petition due to Respondents' failure to respond, the Court will give Respondents one final chance to do so. Respondents are expressly warned that the petition may be summarily granted if they fail to comply with the new deadline.

…

…

**IT IS ORDERED** that:

1. Petitioner's motion (Doc. 5) is **granted** to the extent it seeks to compel Respondents to respond to the § 2241 petition.

2. The deadline for Respondents to respond to the § 2241 is extended to August 24, 2026. No further extensions will be granted.

3. The Clerk of Court shall immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 21st day of August, 2026.

Dominic W. Lanza
United States District Judge